UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Joel Dallas Rascoe

*(Enter full name of plaintiff)*

Plaintiff,

v.

Sheriff morrisey odonell
Captian morrison facilty
commander mult Department of corrections WHIPPS 93481 corrections officer
Devaney corrections officer
multnomah county corrections, arrowmart - state of oregon

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No.   3:24-cv-1369-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: Joel rascoe
Street Address: 11540 NE inverness dr
City, State & Zip Code: Portland OR 97220
Telephone No.: 503 490-0398

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)   2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

from 7.28.24 tell Present date 08-14-24 I have broken a tooth been given bedrest and gaterade and Ibrephen after becoming physically sick after diggesting metal in the tray, after multiple grievances The problem continues

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Mrs. Deuuny - gephart and other were present and answered grievances

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

I have been physically sick and have to have a tooth removed after cracking and now they say check your treys before eating them bring them forward because There's been bugs metal, hair in the food constantly

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

This issue of metal-bugs, and unsanitary Treys and cups continues till this time and is causing anxiety and fights because of stress.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Dismiss arrow mart have a new vender and 1,200,402.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of August, 2024.

Joel Roscoe
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]



PORTLAND OR RPDC 972
15 AUG 2024 PM 5 L

Mark O Hatfield
US Court House
1000 SW Third Ave Rm Suite 740
Portland, Oregon 97204.2902

W Rosman 167045
[illegible]
1590 NE [illegible]
Portland Oregon 97220